IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UN4 PRODUCTIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:17-cv-00228-TLS-SLC |
| DOE 1, DOE 2, DOE 3, DOE 4, DOE 5, DOE 6, DOE 7, DOE 8, DOE 9, and DOE 10, | ) ) ) ) |
| Defendants. | ) |

**STATUS REPORT REGARDING PRELIMINARY DISCOVERY**

Plaintiff, UN4 Productions, Inc., by counsel and pursuant to this Court's Order of June 1, 2016 (DE 6), respectfully provides the following status report regarding preliminary discovery:

1. On June 1, 2016, Plaintiff issued its subpoena to Comcast Cable.

2. On or about July 13, 2017, Comcast Cable provided its written response to Plaintiff's subpoena, which provided the identifying information outlined in the Court's Order of June 1, 2016 (DE 6).

3. On or about August 1, 2017, and in an effort to confirm the identity of the subscriber and potentially resolve Plaintiff's claims, Plaintiff's counsel issued a letter to each of the individual subscribers identified by Comcast Cable.

4. Plaintiff is currently in negotiations with at least one of the subscribers.

5. Upon identifying facts sufficient to identify the potential infringers, Plaintiff will amend the complaint to name the defendants, prepare summonses for issuance by the Clerk, and serve the defendants pursuant to FED.R.CIV.P. 4.

Dated this 1st day of September, 2017.

By: /s/ R. Matthew Van Sickle
R. Matthew Van Sickle
Indiana Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
rmv@lynchvansicklelaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of September, 2017, he electronically filed the foregoing "**STATUS REPORT REGARDING PRELIMINARY DISCOVERY**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing of such filing to all counsel of record or interested parties via the CM/ECF system.

 /s/ R. Matthew Van Sickle
R. Matthew Van Sickle
Indiana Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
rmv@lynchvansicklelaw.com

*Attorney for Plaintiff*